UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAMIM CHOWDHURY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| JOHN HARVELL, | ) | 3:18-CV-3287-G (BH) |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant John Harvell's motion to dismiss, filed December 21, 2018 (docket entry 4), is **GRANTED**, and plaintiff's motion for partial summary judgment, filed January 15, 2019 (docket entry 13), is **DENIED** as moot. By separate judgment, this action will be **DISMISSED** without prejudice for lack of personal jurisdiction.

**SO ORDERED**.

August 21, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**